# EXHIBIT

# D

PltfRespRPDs6145

IN THE STATE COURT OF FULTON COUNTY

STATE OF GEORGIA

| | |
|---|---|
| PAMELA PIGGEE,<br><br>      Plaintiff,<br><br>v.<br><br>SYSMEX AMERICA, INC. and LARRY GRAINGER,<br><br>      Defendants. | Civil Action File No. 22EV000069 |

**NOTICE OF REMOVAL**

COME NOW Sysmex America, Inc. and Larry Grainger without waiving any rights, defenses, or objections after being named as defendants in the above-styled civil action (hereinafter collectively referred to as "defendants"), and provide the following notice:

In compliance with 28 U.S.C. § 1446(d), you are hereby notified of the following of a Notice of Removal in this action with the United States District Court for the Northern District of Georgia, Atlanta Division. A copy of the Notice of Removal is attached hereto.

      Respectfully submitted,

      DREW, ECKL & FARNHAM, LLP

      */s/ Brian W. Johnson*

      BRIAN W. JOHNSON
      Georgia Bar No. 394745
      JEFFREY F. LEASENDALE
      Georgia Bar No. 442425

12483172v1
08612-228784

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the within and foregoing **NOTICE OF REMOVAL** with the clerk of the State Court of Fulton County using the court's e-filing system, which will automatically send email notification of such filing to the attorneys or parties of record as follows:

>Brad Valentine, Esq.
>Jan Cohen, Esq.
>Kenneth S. Nugent, P.C.
>4227 Pleasant Hill Road
>Building 11, Suite 300
>Duluth, Georgia 30096
>>*Attorneys for plaintiff*

This 30th day of March, 2022.

>Respectfully submitted,
>
>DREW, ECKL & FARNHAM, LLP
>
>*/s/ Brian W. Johnson*
>_____
>BRIAN W. JOHNSON
>Georgia Bar No. 394745
>JEFFREY F. LEASENDALE
>Georgia Bar No. 442425

303 Peachtree Street NE
Suite 3500
Atlanta, Georgia  30308
(404) 885-1400 – phone
(404) 876-0992 – fax

12483172v1
08612-228784